EVAN WILLIS
JOHN T. RICHARDS
RICHARDS LAW FIRM, APLC
750 B Street, Suite 1760
San Diego, California 92101
Telephone:  (619) 237-9800
cmail:   john@jtrlaw1.com
       evan@jtrlaw1.com

Attorneys for Plaintiff
AHMER BILAL, INC. dba TIRE DEPOT


SONIA MARTIN (SBN 191148)
ELIZABETH PAPAY (SBN 274451)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:  (415) 267-4000
Facsimile:  (415) 267-4198
Email:   sonia.martin@dentons.com
       elizabeth.papay@dentons.com

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMER BILAL, INC. dba TIRE DEPOT,<br><br>  Plaintiffs,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA; and DOES 1 through 30, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-00788-TLN-DMC<br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT SCHEDULE**<br><br>Action Filed: March 20, 2020 |

Plaintiff Ahmer Bilal, Inc. dba Tire Depot, and defendant Nationwide Insurance Company of America (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request the Court approve their stipulation for good cause shown:

WHEREAS, on August 3, 2021, this Court issued a Minute Order directing the parties to

1  comply with a Scheduling Order that had been issued on April 17, 2020, which had been listed in

2  the Docket under the heading "New Case Documents Issued," and attached as the Main

3  Document (Docket 2) with two exhibits (Docket 2-1 and Docket 2-2);

4      WHEREAS, upon removal of the action to federal court on April 16, 2020, the legal

5  assistant for defendant's counsel downloaded, docketed and served on plaintiff the items posted

6  at Docket 2-1 and Docket 2-2, but made an error and did not download, docket and serve the

7  Main Document, which was the Scheduling Order itself (Docket 2);

8      WHEREAS, the Parties respectfully request a continuance of the current case deadlines

9  to allow time for discovery, motion practice, settlement discussions and trial preparation;

10      WHEREAS, the Parties stipulate and respectfully request the Court adopt the following

11  revised Status (Pretrial Scheduling) Order:

| | |
|---|---|
| Non-expert Discovery Cut-Off: | May 10, 2022 |
| Designation of Expert Witnesses | July 11, 2022 |
| Designation of Rebuttal Experts | August 10, 2022 |
| Expert Discovery Cut-Off: | August 8, 2022 |
| Discovery Motion Hearing Cut-Off | October 20, 2022 |
| Joint Notice of Trial Readiness | 30 days after MSJ Ruling |

**IT IS SO STIPULATED.**

Dated: August 5, 2021    RICHARDS LAW FIRM, APLC

By
   */s/ Evan Willis*
    EVAN WILLIS
    JOHN T. RICHARDS

Attorneys for Plaintiff
AHMER BILAL, INC. DBA TIRE DEPOT

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
(415) 267-4000

| | | |
|---|---|---|
| 1 | Dated:  August 5, 2021 | DENTONS US LLP |
| 2 | | |
| 3 | | By:  */s/Sonia Martin* |
| | | SONIA MARTIN |
| 4 | | Attorneys for Defendant |
| 5 | | NATIONWIDE INSURANCE COMPANY OF AMERICA |

**IT IS SO ORDERED.**

Dated: August 6, 2021

_____
Troy L. Nunley
United States District Judge