JOHN T. RICHARDS (SBN 159875)
EVAN WILLIS (SBN 314797)
RICHARDS WILLIS, PC
750 B Street, Suite 1760
San Diego, CA  92101
Telephone:   (619) 237-9800
Facsimile:   (760) 560-1697
Email:       john@richardswillispc.com
             evan@richardswillispc.com

Attorneys for Plaintiff
AHMER BILAL, INC. dba TIRE DEPOT


SONIA MARTIN (SBN 191148)
JEFFRY BUTLER (SBN 180936)
JONE TRAN (SBN 239311)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA  94612
Telephone:   (415) 882-5000
Facsimile:   (415) 882-0300
Email:       sonia.martin@dentons.com
             jeffry.butler@dentons.com
             jone.tran@dentons.com

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMER BILAL, INC. dba TIRE DEPOT,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00788-TLN-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |

-1-

Plaintiff Ahmer Bilal dba Tire Depot and defendant Nationwide Insurance Company of America, by and through their respective counsel of record, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, the parties stipulated to a case management schedule on August 5, 2021, which the Court approved in an August 6, 2021 order (*see* ECF Dkt. No. 9);

WHEREAS, according to the August 6, 2021 scheduling order, the discovery deadline is May 10, 2022 (*see* ECF Dkt. No. 9);

WHEREAS, the parties are exploring mediation as a means of resolving their disputes;

WHEREAS, a continuance of the discovery deadline and, as a result, other case deadlines is necessary to provide the parties with adequate time to explore potential case resolution and to avoid unproductive proceedings and unnecessary litigation costs;

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the dates in the Court's August 6, 2021 order (ECF Dkt. No. 9) by 120 days, as follows:

|  | **Original Deadline** | **Proposed Deadline (Adding 120 Days)** |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | Tuesday, May 10, 2022 | Wednesday, September 7, 2022 |
| **Designation of Expert Witnesses** | Monday, July 11, 2022 | Tuesday, November 8, 2022 |
| **Designation of Rebuttal Experts** | Wednesday, August 10, 2022 | Thursday, December 8, 2022 |
| **Expert Discovery Cut-Off** | Monday, August 8, 2022 | Tuesday, December 6, 2022 |
| **Discovery Motion Hearing Cut-Off** | Thursday, October 20, 2022 | Friday, February 17, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions | 30 Days After Ruling on Dispositive Motions |

Case No. 2:20-CV-00788-TLN-DMC        STIPULATION AND ORDER
                                     TO CONTINUE CASE DEADLINES

1    WHEREAS, the parties agree that all other case deadlines, including trial and motion
2 deadlines, and dates imposed by order, local rules, or otherwise, shall be reset in accordance with
3 the 120 day continuance requested;
4    NOW, THEREFORE, IT IS AGREED AND STIPULATED that:
5    The deadlines in this matter, set forth in the Court's August 6, 2021 order and all other
6 case deadlines be continued by 120 days as set forth in part in the table above, or as soon
7 thereafter as the Court's calendar allows.  Alternatively, the parties respectfully request that the
8 Court set a further case management conference at which new dates may be selected.
9    The parties respectfully request the Court to adopt the foregoing stipulation as the order
10 of the Court.
11   **IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  March 15, 2022          RICHARDS WILLIS, PC

                                By  /s/_____
                                        EVAN WILLIS

                                Attorneys for Plaintiff
                                AHMER BILAL, INC. dba TIRE DEPOT

Dated:  March 15, 2022          DENTONS US LLP

                                By  /s/_____
                                        SONIA MARTIN

                                Attorneys for Defendant
                                NATIONWIDE INSURANCE COMPANY OF
                                AMERICA

Case No. 2:20-CV-00788-TLN-DMC                          STIPULATION AND ORDER
                                                        TO CONTINUE CASE DEADLINES

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

**ORDER**

Pursuant to the above stipulation, the Court hereby continues the deadlines set forth in the Court's August 6, 2021 order and all other case deadlines by 120 days, in part, as follows:

| | |
|---|---|
| **Non-Expert Discovery Cut-Off** | Wednesday, September 7, 2022 |
| **Designation of Expert Witnesses** | Tuesday, November 8, 2022 |
| **Designation of Rebuttal Experts** | Thursday, December 8, 2022 |
| **Expert Discovery Cut-Off** | Tuesday, December 6, 2022 |
| **Discovery Motion Hearing Cut-Off** | Friday, February 17, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions |

**IT IS SO ORDERED**.

Dated:  March 15, 2022

Troy L. Nunley
United States District Judge