JOHN T. RICHARDS (State Bar No. 159875)
EVAN WILLIS (State Bar No. 314797)
RICHARDS WILLIS, PC
750 B Street, Suite 1760
San Diego, CA  92101
Telephone:   (619) 237-9800
Facsimile:   (760) 560-1697
Email:   john@richardswillispc.com
         evan@richardswillispc.com

Attorneys for Plaintiff
AHMER BILAL, INC. dba TIRE DEPOT


SONIA MARTIN (State Bar No. 191148)
JEFFRY BUTLER (State Bar No. 180936)
JONE TRAN (State Bar No. 239311)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA  94612
Telephone:   (415) 882-5000
Facsimile:   (415) 882-0300
Email:   sonia.martin@dentons.com
         jeffry.butler@dentons.com
         jone.tran@dentons.com

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMER BILAL, INC. dba TIRE DEPOT,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00788-TLN-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |

Plaintiff Ahmer Bilal dba Tire Depot and defendant Nationwide Insurance Company of America, by and through their respective counsel of record, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, the parties stipulated to a case management schedule on August 5, 2021, which the Court approved in an August 6, 2021 order (*see* ECF Dkt. No. 9);

WHEREAS, the Court approved the parties' stipulation to continue the deadlines in the August 6, 2021 order by 120 days (*see* ECF Dkt. No. 11);

WHEREAS, the parties have continued to engage in discovery during this period, including scheduling and taking depositions of multiple witnesses;

WHEREAS, the parties are continuing to explore mediation as a means of resolving their disputes;

WHEREAS, a continuance of the discovery deadline and, as a result, other case deadlines is necessary to provide the parties with adequate time to explore potential case resolution and to avoid unproductive proceedings and unnecessary litigation costs;

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the dates in the Court's March 16, 2022 order (ECF Dkt. No. 11) by 90 days, as follows:

|  | **Original Deadline** | **Proposed Deadline (Adding 90 Days)** |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | Wednesday, September 7, 2022 | Tuesday, December 6, 2022 |
| **Designation of Expert Witnesses** | Tuesday, November 8, 2022 | Monday, February 6, 2023 |
| **Designation of Rebuttal Experts** | Thursday, December 8, 2022 | Wednesday, March 8, 2023 |
| **Expert Discovery Cut-Off** | Tuesday, December 6, 2022 | Monday, March 6, 2023 |
| **Discovery Motion Hearing Cut-Off** | Friday, February 17, 2023 | Thursday, May 18, 2023 |

| | | |
|---|---|---|
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions | 30 Days After Ruling on Dispositive Motions |

WHEREAS, the parties agree that all other case deadlines, including trial and motion deadlines, and dates imposed by order, local rules, or otherwise, shall be reset in accordance with the 90 day continuance requested;

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

The deadlines in this matter, set forth in the Court's March 16, 2022 order and all other case deadlines be continued by 90 days as set forth in part in the table above, or as soon thereafter as the Court's calendar allows. Alternatively, the parties respectfully request that the Court set a further case management conference at which new dates may be selected.

The parties respectfully request the Court to adopt the foregoing stipulation as the order of the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 19, 2022           RICHARDS WILLIS, PC

By  /s/_____
                    EVAN WILLIS

Attorneys for Plaintiff
AHMER BILAL, INC. dba TIRE DEPOT

Dated: May 20, 2022           DENTONS US LLP

By  /s/_____
                    JONE TRAN

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY OF AMERICA

# ORDER

Pursuant to the above stipulation, the Court hereby continues the deadlines set forth in the Court's March 16, 2022 order and all other case deadlines by 90 days, in part, as follows:

| | |
|---|---|
| **Non-Expert Discovery Cut-Off** | Tuesday, December 6, 2022 |
| **Designation of Expert Witnesses** | Monday, February 6, 2023 |
| **Designation of Rebuttal Experts** | Wednesday, March 8, 2023 |
| **Expert Discovery Cut-Off** | Monday, March 6, 2023 |
| **Discovery Motion Hearing Cut-Off** | Thursday, May 18, 2023 |
| **Joint Notice of Trial Readiness** | 30 Days After Ruling on Dispositive Motions |

**IT IS SO ORDERED**.

Dated: May 20, 2022

Troy L. Nunley
United States District Judge